United States District Court
Southern District of Indiana
Terre Haute Division

-FILED-
OCT 11 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ELLIS CHAFFIN ,)
Plaintiff (pro-se) )
)
v. ) No. 2:22-cv-296
PATRICIA PRETORIUS, ET. AL, )
(Warden) )
)
Defendants )

## PRISONERS CIVIL COMPLAINT
## 42 U.S.C. § 1983

### Jurisdiction

The Court has jurisdiction over the Plaintiffs claim of violation of Federal Constitution Rights under 42 U.S.C. §§ 1331(1) and 1343.

### I. PARTIES

A. Plaintiff
1. ELLIS, CHAFFIN          D.O.C. #985142

2. Plaintiff Ellis Chaffin is being held at: Plainfeild Correctional Facility, 727 Moon Rd, Indianapolis In. 46168.

3. Telephone # N/A

4. This incident occurred at: " Plainfeild Correctional Facility, 727 Moon Rd. Plainfeild In. 46168.

-1-

5.) THE THINGS I AM SUING ABOUT happened AFTER I WAS CONVICTED, WHILE SERVING MY SENTENCE.

B. DEFENDANTS I AM SUING

\# DEFENDANTS NAME, JOB TITLE, ADDRESS

1. PATRICIA PODRIUS, WARDEN, 727 MOON RD, PLAINFIELD
2. ROBERT E. CARTER, COMMISSIONER, 302 W. WASHINGTON, INDIANAPOLIS
3. JACK HENDRIX, CLASSIFICATION, 302 W. WASHINGTON, INDIANAPOLIS
4. B. BEYERS, GTL, 727 MOON RD, PLAINFIELD
5. J. PHELPS, GTL, 727 MOON RD, INDIANAPOLIS
6. MR. GASKEN, I&I, 727 MOON RD, INDIANAPOLIS
7. MRS. NIX, GTL, 727 MOON RD, INDIANAPOLIS
8. MR. OTU BANJO, CORRECTIONS OFFICER, 727 MOON RD, PLAINFIELD

II. GRIEVANCE PROCEDURE

THIS IS A CLASSIFICATION SITUATION WHICH REQUIRES ANY INFORMATION ON HOW TO OR WHERE TO APPEAL SUCH DENIALS.

WHERE THERE IS NO POSSIBILITY OF ANY FUTURE RELIEF. THE PRISONERS DUTY TO EXAUST AVAILABLE ADMINISTRATION REMEDIES IS COMPLETE. <u>Ross V. County OF Bernadillo</u>, 365 F. 3d 1181, 1186-87 (10th CIR. 2004)

III. CAUSE(S) OF ACTION WITH SUPPORTING CAUSE

-2-

1.) On 9-3-21 Plaintiff was written up on a C-356 - "Refusing a work assignment". (Officer - A. Turbyfill)

2.) On 10-18-21 Plaintiff was written up again on "Refusing a work assignment". C-356 (Officer - Ogmyemhoe)

3.) On 11-12-21 Plaintiff was written up for "Refusing a work assignment". C-356 (Officer - David K.)

4.) On 8-2-22 Plaintiff was written up on "Abuse of telephones" C-361 (Officer - B. Beyer)

5.) On 8-3-22 Plaintiff was written up on "Abuse of telephones". C-361 (Officer - B. Beyer)

6.) On 9-6-22 Plaintiff was written up on "Possession of a Controlled Substance". 202-B (Officer - Otubanjo)

7.) On 9-13-22 Plaintiff was written up on "Abuse of telephones". C-361 (Officer - B. Beyer)

-3-

## 8.) PLAINTIFF SUFFERS RETALIATION FOR THE FOLLOWING REASONS LISTED BELOW:

9.) Plaintiff's phone was blocked from family members and children and still are to present.

10) Plaintiff suffers from sanctions from disciplinary conducts.

11.) On 8-11-22 Plaintiff filed a grievance on the loss of job.

12.) On 9-12-22 Plaintiff sent correspondance to the Adult Regional Director (Michael Osborn). Placing my complaints to him.

13.) On 9-12-22 Plaintiff sent correspondance to the Commissioner (Robert E. Carter) Placing my complaints to him.

14.) On 9-12-22 Plaintiff filed a complaint with the ombudsman bureau placing his complaints to them.

15.) On 9-19-22 Plaintiff sent out appeal #1 to the Warden (Patricia Retorious)

-4-

16.) On 7-17-22 Plaintiff filled out a request to (Mrs. Nix)-GTL, for inquiry as to why he wasn't receiving his incoming & outgoing messages on the state issued tablets. ( J. Phelps) (GTL)

17.) On 8-25-22 Plaintiff filled out a request to Mrs. Nix (GTL) about his daughters phone number being removed from his phone list by I.T.T - Mr. Gaskin.

18.) Defendants violated Plaintiff's First Amendment Rights that Section 1983 may support a claim for retaliation against an inmates right to free speech or petition under the First Amendment. Pratt v. Rowland, 65 F.3d. 802, 807 (9th Cir. 1995) "Prisoners have a right to file grievances against prison officials and to be free from retaliation for doing so. Watison v. Carter, 668 F.3d 1108, 1184 (9th Cir. 2012)

19.) Plaintiff Ellis Chaffin suffers from mental health issues and has been since _____

20.) Plaintiff Ellis Chaffin also suffers high anxiety, stress, and isolation due to his loss of communication with family and friends.

-5-

21.) Defendant Patricia Patorious is the Superintendant of (IYC). According to I.D.O.C. policy, wardens are responsible for operation of their respective facilities, including the intrafacility classification and assignment of offenders. The warden at each facility are responsible for providing ongoing in-house classification training to ensure that all staff members involved in offender classification are aware of the procedures and their roles and responsibility's in offender classification and assignment and/or reassignment.

22.) Defendant Jack Hendrix is the Executive Director of Classification for the (I.D.O.C.), He reports to the Deputy Commissioner of Operations. It is among his duties to ensure that (I.D.O.C.) personnel are complying with policies, and state, federal law, and to "deviate, implement, operate, monitor, evaluate, and revise the departments (I.D.O.C) classification system." He supervises the offender placement section.

23) Defendant Robert E. Carter, is the Commissioner of (I.D.O.C.). He creates policies, rules, statues for all Indiana Department of Corrections.

-6-

24.) Defendant Patricia Petorious, Superintendant of (IYC) Plainfeild Correctional Facility acting under the color of law / state law is being sued in her individual capacity for her failure to properly train her staff; B. Beyers, J. Phelps, Mr. Gasken, Mrs. Nix, and Mr. Otubanjo in their respectful and official duties. Such failures violates I.C. § 11-10-1-7, and Amendment 14th of the United States Constitution, and constitutes deliberate indifference.

25.) Defendant Jack Hendrix, Executive Director of Classification acting under the color of law / state law is being sued in his individual and official capacity for his failure to properly / adequately train Superintendant Patricia Petorious to instruct her staff on how to properly provide all offenders with meaningful respect in a non retaliatorial inviroment. Such failure to do such constituted deliberate indiffence causing Patricia Petorious, B. Beyers, J. Phelps, Mr. Gasken, Mrs. Nix, and Mr. Otubanjo to neglect their obligational duties depriving plaintiff of fundemental fairness and equal treatment of the law in violation of the 14th amendment of the United States Constitution.

26.) Commissioner Robert E. Carter, acting on behalf of the (I.D.O.C.) and acting under the color of law / state law is being sued in his individual and official capacity. A Policy and Practice, thereby the (IDOC) is considered a municipality, and such policy and practice violates the 14th amendment of the United

-7-

STATES CONSTITUTION.

27.) THIS SUIT CAN BE EVALUATED IN SUM BY REVIEWING THE DECISION OF <u>AARON ISBY-ISREAL V. BROWN, CAUSE NO. 2:12-CV-00116-JMJ-MSD. FILED: 12/19/18</u>

## IV. PREVIOUS LAWSUITS

I HAVE NEVER SUED ANYONE FOR THE SAMETHINGS THAT I'VE COMPLAINED ABOUT WITHIN THIS SUIT.

        COURT: N/A         DOCKET NO. N/A
        JUDGE: N/A         DATE CLOSED: N/A
        DATE FILED: N/A

## V. RELIEF

WHEREFORE, PLAINTIFF ELLIS CHAFFIN REQUEST THAT THE COURT GRANTS HIM THE FOLLOWING RELIEF.

    A. COMPENSATORY DAMAGES - $100,000.00
    B. PUNITIVE DAMAGES - $200,000.00

Jury Trial Demand

Plaintiff Ellis Chaffin (Pro-Se) pursuant to the 7th Amendment of the United States Constitution do hereby invokes his right to a Jury Trial.

Respectfully Submitted,

Ellis Chaffin
#985142 - G2-3L
Plainfield Corr. Facility
727 Moon Rd.
Plainfield IN, 46168

-9-